PASQUALE MERONE, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

MICHAEL P. KOSOLAPOV, Respondent, v. MICHAEL O. NASSATISIN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term.  No opinion.  Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

GEORGE L. WHITAKER and Another, Copartners, etc., Respondents, v. EQUITABLE LAUNDRY MACHINERY CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs.  No opinion.  Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.   [131 Misc. 505.]

COLETTA STEIN, Respondent, v. PHYLLIS M. ATKINSON, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,651.48; in which event the judgment as so modified is affirmed, without costs.  No opinion.  Settle order on notice.  Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

SOL BALLIN and Others, Copartners, etc., Respondents, v. 1095 PARK AVENUE CORPORATION, Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

23RD STREET AMUSEMENT CORPORATION, Appellant, v. CORNISH ARMS HOTEL COMPANY, INC., Respondent.— Judgment affirmed, with costs.  No opinion.  Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

GAETANO TACCETTA, as Administrator, etc., of PHILLIP TACCETTA, Deceased, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Judgment affirmed, with costs.  No opinion.  Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

JOHN J. O'BRIEN, an Infant, by JOHN O'BRIEN, His Guardian ad Litem, Respondent, v. JOHN C. EIDT, Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

JOHN O'BRIEN, Respondent, v. JOHN C. EIDT, Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of LEO BACHMANN and Another, as Executors of AUGUST GROSSMANN, Deceased.— Decree so far as appealed from affirmed, with costs.  No opinion.  Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

ANNA M. HAYES, Respondent, v. EDWARD J. DALTON, Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

MAMIE LADUTKO, Respondent, v. BARNEY ERSHOWSKY, Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.